UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:     Parties; Counsel of Record

From:   Judge Peter J. Messitte

Re:     *Metropolitan Life Insurance Company* v. *Rowena Smith Gray, et al*
        Civil No. 24-01940

Date:   August 22, 2024

\*\*\*\*\*\*\*\*

Interpleader cases such as this are somewhat different in nature than most civil cases in federal court.

The insurance company is essentially a passive stakeholder, and individual claimants to disputed insurance proceeds are typically unrepresented by counsel.

Occasionally, as here, the sums in dispute are not particularly great, making a contested claim, involving delay and expense, not worth the candle.

In order to move things along with dispatch, the parties might wish to schedule a settlement conference with one of the Court's Magistrate Judges. If so, please let me know in writing within the next ten (10) days and this can be arranged.

Otherwise the Court will set the case for a one-day non-jury trial to be held in the near future.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC:     Court File

1